IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br><br>        vs.<br><br><br>JOSE SALOMON NIEBLA-BELTRAN,<br><br>    Defendant. | MEMORANDUM DECISION AND ORDER VACATING ORDER VACATING SENTENCE<br><br><br><br>Case No. 2:05-CR-112 TS |

Pursuant to the parties' stipulation at the Status and Scheduling Conference held on February 9, 2009, it is

ORDERED that the February 9, 2009 Memorandum Decision and Order Vacating Sentence is VACATED.  Defendant Jose Solomon Niebla-Beltran's sentence will be vacated immediately prior to his re-sentencing to be scheduled by separate order.

DATED   February 9, 2009.

BY THE COURT:

_____

TED STEWART
United States District Judge