IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br><br>vs.<br><br><br>JOSE SALOMON NIEBLA-BELTRAN,<br><br>Defendant. | MEMORANDUM DECISION AND<br>ORDER VACATING SENTENCE<br><br><br><br>Case No. 2:05-CR-112 TS |

Pursuant to the Tenth Circuit's September 5, 2007, Mandate, and the January 27, 2009, re-assignment of this case to the undersigned, it is

ORDERED that Defendant Jose Solomon Niebla-Beltran's sentence is VACATED and this case will be set for re-sentencing on Defendant's plea of guilty.

DATED   July 13, 2009.

BY THE COURT:

_____

TED STEWART
United States District Judge